■ SALVATORE S. CURIALE et al., Appellants, v MAURICE L. REISSMAN et al., Respondents. [609 NYS2d 777] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered July 7, 1993, unanimously affirmed for the reasons stated by Shainswit, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Ellerin, Kupferman, Rubin and Tom, JJ.